H6
ORIGINAL

FLORENCE T. NAKAKUNI  #2286
United States Attorney
District of Hawaii

THOMAS J. BRADY  #4472
Chief, Criminal Division

DARREN W.K. CHING  #6903
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd.,
Honolulu, Hawaii  96850
Telephone: (808)541-2850
Facsimile: (808) 541-2958
E-mail: Darren.Ching@usdoj.gov

Attorneys for Plaintiff,
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
MAR 17 2016
at 11 o'clock and 15 min. a.m.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      vs.<br><br>MICHAEL LUIS,<br><br>            Defendant. | Cr. No. CR16-00201 HG<br><br>INDICTMENT<br><br><u>Count 1</u><br>18 U.S.C. § 842(a)(1)<br>Dealing in Explosive<br>Materials Without a License<br><br><u>Counts 2 and 3</u><br>18 U.S.C. § 842(a)(3)(B)<br>Distribution of Explosive<br>Materials by a Non-Licensee<br>and Non-Permittee to a Non-<br>Licensee and Non-Permittee |

INDICTMENT

COUNT 1
Dealing in Explosive Materials Without a License

The Grand Jury charges that:

From between and including on or about December 11, 2012, and December 28, 2012, in the District of Hawaii, the defendant, MICHAEL LUIS, knowingly engaged in the business of dealing in explosive materials as defined by 18 U.S.C. § 841(d), to wit: 1.3g type display fireworks, without a license to do so pursuant to Chapter 40 of Title 18, United States Code.

All in violation of Title 18, United States Code, Sections 842(a)(1) and 844(a).

COUNT 2
Distribution of Explosive Materials by a Non-Licensee and Non-Permittee to a Non-Licensee and Non-Permittee

The Grand Jury further charges that:

On or about December 11, 2012, in the District of Hawaii, the defendant, MICHAEL LUIS, not being a licensee and permittee under the provisions of Chapter 40 of Title 18 of the United States Code, knowingly distributed explosive materials as defined by 18 U.S.C. § 841(d), to wit: 1.3g type display fireworks to J.H., a person who was not a licensee and permittee under the provisions of Chapter 40 of Title 18 of the United States Code.

All in violation of Title 18, United States Code, Sections 842(a)(3)(B) and 844(a).

COUNT 3

**Distribution of Explosive Materials by a Non-Licensee and Non-Permittee to a Non-Licensee and Non-Permittee**

The Grand Jury further charges that:

On or about December 26, 2012, in the District of Hawaii, the defendant, MICHAEL LUIS, not being a licensee and permittee under the provisions of Chapter 40 of Title 18 of the United States Code, knowingly distributed explosive materials as defined by 18 U.S.C. § 841(d), to wit: 1.3g type display fireworks to J.H., a person who was not a licensee and permittee under the provisions of Chapter 40 of Title 18 of the United States Code.

All in violation of Title 18, United States Code, Sections 842(a)(3)(B) and 844(a).

DATED: MAR 1 7 2016, Honolulu, Hawaii.

A TRUE BILL

/s/ Foreperson

FOREPERSON, GRAND JURY

FLORENCE T. NAKAKUNI
United States Attorney
District of Hawaii

_/s/ Thomas J. Brady_
THOMAS J. BRADY
CHIEF, CRIMINAL DIVISION

_/s/ Darren W.K. Ching_
DARREN W.K. CHING
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES v. MICHAEL LUIS
Cr. No.
INDICTMENT